# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————

No. 1D2023-0615

—————————————

JAMIE BOWDEN,

Appellant,

v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,

Appellee.

—————————————

On appeal from the Circuit Court for the Second Judicial Circuit,
Leon County.
Angela C. Dempsey, Judge.

December 29, 2023

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

—————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Jamie Ito of Ito Law, PLLC, Tallahassee; Brooke Elizabeth Adams and Joseph Y. Whealdon III, Department of Business and Professional Regulation, Tallahassee, for Appellee.